**Opinion issued May 14, 2013**



**In The**

**Court of Appeals**
**For The**
**First District of Texas**

———

**NO. 01-12-00861-CV**

———

**REGINA MICHELLE DUMKE, Appellant**

**V.**

**RICHARD SWEAT, Appellee**

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 11FD2459**

**MEMORANDUM OPINION**

Appellant Regina Michelle Dumke has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.